FILED
RECEIVED
2003 JUL 11 A 9:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

JUL 11 2003

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Wayne Black-53770 )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
 )
v. )  CIVIL ACTION NO. 03-F-734-N
 )  (To be supplied by the Clerk of the
Sheriff Lamar Glover )   U.S. District Court)
 )
Commander Bowers )
 )
SGT Turner )
_____ )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) Wayne Black-53770, Cruel and unusual punishment, and use of excessive force,
         Defendant(s) Sheriff Lamar Glover, Commander Bowers

      2.   Court (if federal court, name the district; if state court, name the county)
         Houston County Jail

      3.   Docket No. 03-F-454-5

      4.   Name of Judge to whom case was assigned _____

1

PREVIOUS LAWSUIT

A Have you begun other Lawsuits in state or Federal Court dealing with the same or similar facts involved in this action? Yes    No

B Have you begun other Lawsuits in state or Federal Courts Relating to your imprisonment? Yes    No

C if your answer to A or B is Yes describe each lawsuit in the space below. (if there is more than one Lawsuit, describe the additional Lawsuits on another piece of paper, using the same outline).

1. Parties to this Previous Lawsuit, Plaintiff(s) WAYNE BLACK 53770
   Use of Excessive Force

Defendant(s) Sheriff Lamar Glover, Commander Bowers, SGT Turner

2. Court (if Federal Court, name the district, if state court, name the county)
   Houston County

3. Docket No 03-F-593-S

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Still Pending_

6. Approximate date of filing lawsuit _7-4-03_

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Houston County Jail_
_901 E. Main Street Dothan Ala. 36301_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Houston County Jail 901 E Main Street Dothan Alabama, 36301_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff Lamar Glover | Houston County Jail |
| 2. | Commander Bowers | Houston County Jail |
| 3. | SGT Turner | Houston County Jail |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _7-1-03_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Use are Excessive Force, Cruel And Unusual Punishment_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). 7-1-03 Time 7:30 morning AM State Prison Guard, Came to Houston County Jail, To show Guard how to use excessive force, State Prison Guard, gave me Wayne Black ST#055372 and order To move Fast, As I start to move, I was Slam down on my Face, And State Officer Bang my Face to the Floor and hit me in my Right Eye, And state Officer Jump on my Back with There knees and handcuff me behind my Back big stick and spray me mace into my eyes I am Taking medication For my Back Injury And I have Loss Vision in my Right Eye, my head be hurting -2- Every Night...

GROUND TWO: <u>Excessive Force, Cruel and unusual Punishment</u>

SUPPORTING FACTS: <u>Sheriff Lamar Glover, Commander Bower, Watch the Hold Incident as this continue to take place, after these state officer finish hitting me, I was taking to J-Pod Visit Room, and I was left with my face burning with mace, and lump under my right eye</u>

GROUND THREE: <u>excessive Force, Cruel and unusual Punishment</u>

SUPPORTING FACTS: <u>I have loss vision In my right Eye, and I have not been checked for my eye sack, I continue to have seriousness head ache, I have been giving some medication for my back and another mattress. I continue to have unpleasant pain, from my back my head, and right Eye. I was slam to the floor, and state officer got on top are me and bang my face to the floor, hit me in my right eye continue on next attach paper</u>

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
<u>To take care, are punitive Damages for stress and hardship $5 million Dollars. Have Sheriff Lamar Glover, Commander Bowers, Sgt Turner terminate from there Job.</u>

*Wayne Black*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on <u>7-4-03</u>.
(date)

*Wayne Black*
Signature of plaintiff(s)

-3-

EXHIBITS

TO THIS

DOCUMENT

NOT SCANNED