IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

**FILED**

JUL 11 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

<u>AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS</u>

Wayne Black
Plaintiff(s)

v.

Sheriff Lamar Glover, Commander Bower,
Defendant(s)  SGT Turner.

03-F-734-N

I, Wayne Black, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1.  Are you presently employed?     Yes ( )   No (✓)

    A.  If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B.  If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____

2.  Have you received within the past twelve months any money from any of the following sources?

    A.  Business, profession, or form of self-employment?   Yes ( )   No (✓)
    B.  Rent payments, interest, or dividends?              Yes ( )   No (✓)
    C.  Pensions, annuities, or life insurance payments?    Yes ( )   No (✓)
    D.  Gifts or inheritances?                              Yes ( )   No (✓)
    E.  Any other sources?                                  Yes ( )   No (✓)

    If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____



3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].                                               Yes ( )    No (✓)

   If the answer is YES, state the total value of the items owned. _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?     Yes ( )    No (✓)

   If the answer is YES, describe the property and state its approximate value. _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____
   _____
   _____

                                                    *Wayne Black*
                                                    Signature of Affiant

STATE OF ALABAMA           )
COUNTY OF Houston County   )

Before me, a Notary Public in and for said County, in said State, personally appeared _____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                                    *Wayne Black*
                                                    Signature of Affiant

Sworn to and subscribed before me on this ___4th___ day of __July__, ~~10~~ 2003

                                                    *Tracy Walker*
                                                    NOTARY PUBLIC

                                                    Houston County, Alabama
                                                    My Commission Expires: MY COMMISSION EXPIRES NOV 1, 2005

**O R**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-4-03 .
(date)

_Wayne Black_
Signature of Affiant

**CERTIFICATE**

I hereby certify that the plaintiff herein has the sum of $ 0 on account to his credit at the Houston Co. Jail institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: _____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $ 0 on the first day of Feb
B. $ 0 on the first day of Mar
C. $ 0 on the first day of Apr
D. $ 0 on the first day of May
E. $ 0 on the first day of June
F. $ 0 on the first day of July

_Tracy Walker_
Authorized Officer of Institution

Date: 07-04-03