03-F-734-N

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lamar Glover
Houston County Sheriff's
P.O. Drawer 6406
Dothan, AL 36302

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Misti Schuck*   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Misti Schuck                    7-23-03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

03-F-734-N
O & Cmp 4J

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 0500 0002 7927 0051

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

5