IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE BLACK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: 03-F-734-N |
| LAMAR GLOVER, et al., | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants, Sheriff Lamar Glover, Jail Commander Walter Bowers and Sgt. Kimberly Turner in the above styled cause, and respectfully request a thirty (30) day extension through and until September 30, 2003, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That the undersigned needs additional time to obtain information concerning the allegations contained in this case. Some information needs to be obtained from the State of Alabama, Department of Corrections as it was the State Department of Corrections Critical Response Team members who actually shook down the plaintiff and his cell made the basis of plaintiff's claims.

2. That there have been no prior requests for extension of time in this case.

3. That Defendants Special Report and Answer is currently due in this case on August 31, 2003.

WHEREFORE, Defendants respectfully request a thirty (30) day extension of time through and until September 30, 2003, in which to file their Special Report and Answer in this case.

Dated this 29th day of August, 2003.

Respectfully submitted,

/s/ Gary C. Sherrer
GARY C. SHERRER, SHE016
ATTORNEY FOR DEFENDANTS
HOUSTON COUNTY, ALABAMA

OF COUNSEL:
JACKSON, RHODES, SHERRER & TERRY, P.C.
P.O. BOX 7122
DOTHAN, ALABAMA 36302
(334) 792-6213

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon Wayne Black, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama, 36301 by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 29th day of August, 2003.

/s/
OF COUNSEL

F:\WP\GCS\A-PLEADI\EXTENSIONS\BLACKW3.1