**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES SEP 3  2003
FOR THE MIDDLE DISTRICT OF ALABAMA
2003 SEP **SOUTHERN DIVISION**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

WAYNE BLACK,

    Plaintiff,

v.

LAMAR GLOVER, et al.,

    Defendant.

CIVIL ACTION NO: 03-F-734-N

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants, Sheriff Lamar Glover, Jail Commander Walter Bowers and Sgt. Kimberly Turner in the above styled cause, and respectfully request a thirty (30) day extension through and until September 30, 2003, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1.    That the undersigned needs additional time to obtain information concerning the allegations contained in this case. Some information needs to be obtained from the State of Alabama, Department of Corrections as it was the State Department of Corrections Critical Response Team members who actually shook down the plaintiff and his cell made the basis of plaintiff's claims.

2.    That there have been no prior requests for extension of time in this case.

3.    That Defendants Special Report and Answer is currently due in this case on August 31, 2003.

**MOTION GRANTED**

THIS _9th_ DAY OF _September_, 20 _03_

_____
UNITED STATES MAGISTRATE JUDGE

7/4