IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE BLACK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: 03-F-734-N |
| LAMAR GLOVER, et al., | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants, Sheriff Lamar Glover, Jail Commander Walter Bowers and Sgt. Kimberly Turner in the above styled cause, and respectfully request a seven (7) day extension through and until October 7, 2003, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That due to scheduling conflicts, the undersigned has not been able to meet with all the necessary parties and witnesses to prepare the supplement to the Special Report and Answer.

2. That Defendants Special Report and Answer is currently due in this case on September 30, 2003.

WHEREFORE, Defendants respectfully request a seven (7) day extension of time through and until October 7, 2003, in which to file their Special Report and Answer in this case.

Dated this 29th day of September, 2003.

                Respectfully submitted,

                _____
                GARY C. SHERRER, SHE016
                ATTORNEY FOR DEFENDANTS
                HOUSTON COUNTY, ALABAMA

OF COUNSEL:
JACKSON, RHODES, SHERRER & TERRY, P.C.
P.O. BOX 7122
DOTHAN, ALABAMA 36302
(334) 792-6213

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon Wayne Black, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama, 36301 by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 29th day of September, 2003.

                _____
                OF COUNSEL

F:\WP\GCS\A-PLEADI\EXTENSIONS\BLACKW3 2