FILED
OCT 30

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2003 SEP 30 A 9:54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE BLACK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 03-F-734-N |
| ) | |
| LAMAR GLOVER, et al., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants, Sheriff Lamar Glover, Jail Commander Walter Bowers and Sgt. Kimberly Turner in the above styled cause, and respectfully request a seven (7) day extension through and until October 7, 2003, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That due to scheduling conflicts, the undersigned has not been able to meet with all the necessary parties and witnesses to prepare the supplement to the Special Report and Answer.

2. That Defendants Special Report and Answer is currently due in this case on September 30, 2003.

WHEREFORE, Defendants respectfully request a seven (7) day extension of time through and until October 7, 2003, in which to file their Special Report and Answer in this case.

**MOTION GRANTED**

THIS 6TH DAY OF October, 2003

_____
UNITED STATES MAGISTRATE JUDGE