IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2003 OCT -8 A 11: 14
OCT 8 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| WAYNE BLACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 03-F-734-N |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants, Sheriff Lamar Glover, Jail Commander Walter Bowers and Sgt. Kimberly Turner in the above styled cause, and respectfully request a one (1) day extension through and until October 8, 2003, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That the Defendant's Special Report and Answer is filed simultaneously herewith.

2. That Defendants Special Report and Answer is currently due in this case on October 7, 2003.

WHEREFORE, Defendants respectfully request a one (1) day extension of time through and until October 8, 2003, in which to file their Special Report and Answer in this case.

Dated this 7th day of October, 2003.

                                                Respectfully submitted,

                                                GARY C. SHERRER, SHE016
                                                ATTORNEY FOR DEFENDANTS
                                                HOUSTON COUNTY, ALABAMA

OF COUNSEL:
JACKSON, RHODES, SHERRER & TERRY, P.C.
P.O. BOX 7122
DOTHAN, ALABAMA  36302
(334) 792-6213

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon Wayne Black, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama, 36301 by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 7th day of October, 2003.

                                                OF COUNSEL