FILED
OCT 15 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 03-F-734-N |
| ) | |
| LAMAR GLOVER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the motion for a one-day extension filed by the defendants on October 8, 2003, and for good cause, it is

ORDERED that the defendants be and are hereby GRANTED an extension to and including October 8, 2003, to file a written report in compliance with this court's order entered on July 22, 2003 (Document #4).

Done this 15th day of October, 2003.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE