IN The District Court of the United States
For the Middle District of Alabama
Northern Division

P.1

WAYNE BLACK
PLAINTIFF

V

SGT Turner,
Comm. Bowers, Sheriff Lamar Glover et al
Defendants

CIVIL Action No:
03-F-734-N

FILED
OCT 29

RECEIVED
2003 OCT 29 A 9:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

AFFIDAVIT OF

Wayne Black, Date: 7-1-03 AN Time 7:30 am Of the Incident That took place, A Serious Violation of my Constitution Rights, under the 8th Amendment Cruel and unusual Punishments Inflicted.

Date 7-1-03, Time 7:30 am Morning State Prison Guards came to Houston County Jail To show Guard's how to use Excessive Force. State Prisons Guards gave me Wayne Black An order To move Fast, As I started to move, I was Slam down on my Face, An State Officers Bang my Face to the Floor, An hit me IN my Right Eye An state officers Jump on my Back with knees an hand Cuffed me behind my Back, hog style, An sprayed Mace Into my eyes. I Am Taking medication for my back Injury An I have Loss Vision In my Right Eye my head of hurting every Night.   Ground Tub, Excessive Force, Cruel And unusual Punishment, Supporting Facts: Sheriff Lamar-Glover, Commander Bowers, Watch The hold Incident As this Continue to take Place. After These state officers - finish hitting me I was Taking to J-Pod V.S.4 Room An I was left with my Face, An eyes Burning with -

my face Burning with mace, an a Lump under my Right Eye

Ground Three: Excessive Force, Cruel and unusual Punishment Supporting Facts: I have Loss Vision IN my Right Eye, An I have ~~been~~ Not been Checked For my Right Eye Sack, I continue to have seriousness head ache I have giving some medication for my Back, an another mattress I continue to have unpleasant Pain From my Back, my head an Right Eye. I was slam To The Floor, an state officers got on top are me an Bang my face to the floor hit me In my Right Eye. SGT Turner writter me Wayne Black a Sanction saying I Attemped to Assault state Prison officers an county officers an I continuely Right Now to this day, Asking Sheriff Lamar Glover, Commander Bowers, SGT Turner are These State Prison officers an county officers Name, That I supposely allege Attemp to Assault. These There Individual have Fabricated Evident, to keep Wayne Black, Lock down, an Remain Shackle, hand Cuff, an leg Cuff every movement, I make, Shackle down In that Manner, No Phone Call, No Visit, No Church,... I have been treated In this manner sense April 10-03.

Here of some county officer, an Nurse that was Present At the seem... Sheriff Lamar Glover, Commander Bowers, Nurse Speigner, Nurse Halfaway C/o Bush C/o Boston, C/o Roberson... I Really would Appreciate if the District Court, would sub poena, These above Name Along with the state Prisons officers, Names, For Trial As witness of this Incident.

P. 3

State Briefly exactly exactly what You want the Court to Do For You. Make No Legal Argument. Cite No Cases or Statutes. To Take Care of Punitive Damages for Stress an Hard Ship $5 million Dollars. Have Sheriff Lamar Glover, Commander Bowers SGT Turner Terminate from There Job---

"AFFIDAVIT" OF Wayne Block

The Supporting Facts: Medical Record, Should Show, that I had to be Put on medication, an giving two Mattress for my Back Support, an I Also had to be taken to, an outside doctor, to see a Eye Doctor an I found out that my Right Eye of damage especially from far off, an the Doctor, ~~Forgot~~ Advise ~~me~~ me to ware eye glasses.---- From this Incident I have continuely to have seriousness head ache everyday Along with Back Problem, my Right Eye Continuely to get Worse... I Need the Names of those State Prisons Guards, because They come under the same, as Sheriff Lamar Glover, Commander Bowers, an SGT Turner, I didnt know the any of these State Prisons Guard, They didnt ware Name Tag's, an They Continuely been Protected, for Violation of my Constitution Right, under the 8th Amendment, use's of excessive Force, I need the Court to subpoena, C/o Bush, C/o Boston, C/o Robertson Nurse Halfty Way, Nurse Speigner, of what they witness about the supporting fact of this incident;

AN I would appreciate if the District Court of the United States for the middle District of Alabama Northern Division... Accept my Supporting facts under my "Constitution Rights of 14th Amendment"

Plaintiff Wayne Black, Here by demand Trial by Jury on all Issues of This Cause as Provided by Law

Plaintiff, Wayne Black 137192-AZ,
Address P.O. Box 150 Mount Meigs Alabama 36057

I Wayne Black do here by Certify Certicate that I have Served A Copy of the Foregoing upon Defendants Attorney, Jackson, Rhodes, Sherrer, Terry, P.C.
P.O. Box 7122 Dothan Alabama 36302

Signature of Affiant _Wayne Black 137192.AZ_
State of Alabama County of _Montgomery Alabama_
Before me, a Notary Public in and for said County, in said State, Personally Appeared _Wayne Black_ whose Name is signed to the Foregoing Complaint, who being First duly Sworn, deposes on Oath and Says: That the Information set forth in the Foregoing Affidavit is true and correct to the best of his knowledge and belief. Signature of Affiant _Wayne Black_
Sworn to and Subscribed before me on this _27_ day of _Oct._ 2003 _Ronnie Reeve_ Notary Public Montgomery County Alabama    My Commission Expires: _6/12/04_