IN The United States District Court
For the Middle District OF Alabama
Southern Division

Wayne Black
Plaintiff
VS
Lamar Glover, et al

Civil Action No
Case 103 CV-734 MEF-SRW

## Statement OF Objection To Magistrate Report And Recommendation

Come Now the Plaintiff, Wayne Black Pro se, In the Above Action, and submits his statements OF Objection to the Magistrate Report And Recommendation As Follows:

Plaintiff's Exhibit I. Plaintiff Objects to the Granted OF Summary Judgement on the Medical treatment Claims on the Above date, and Time of the Incident Wayne Black was Assaulted 7-1-03 Time 7:AM And the Nurse and Doctor was Persent At the time of the Assault occur and didn't see A Doctor until 10 hour Later I Wayne Black was taking to the Visitation Room and was left there In hand cuff for over 2 hour with a Swollen Right Eye, Running nose and Injure Lower Back under A Camera The Visitation Room had A Camera Inside and the medCal Record Will have to show you the time when I Seen the Doctor and the Camera From the Visitation Room Will Show you the Seriousness OF my Condition And how I was left without Any medCal treatment For over 10 hour.

When you the court, look at the ~~Time of, the Incident~~, Injure occur to Wayne Black at 7am and medical Record will show you that Black was Not allow to see a Doctor untill 5pm 10 hour Later and Wayne Black was also Left Inside the Visitation Room under a camera with Seriousness Injure to his Right Eye, running Nose, and Lower Back pain, From the Assault that occur date 7-1-03 when Viewing all the Evident the fact shows that the Medical Staff acted with deliberate Indifference to his serious medical needs.

Exhibit 2 Plaintiff objects to the Granted of Summary Judgement on the Failure to Protect Claim and excessive use of Force. The Critical Response Team for the Alabama Department of Corrections, use excessive force and should be held ~~accountable~~ accountable for their Action, Wayne Black was Slam to the Floor, and Face bang to the Floor Punch In the Face, Sprayed In the eyes, and Rolled over and Punched In Black Right Eye and Wayne Black was bent over Hog Style that cause Injury to my Lower back. Wayne Black didn't cause any action, Officer Bush came to my Cell, and ~~[redacted]~~ said to me, come out of your Cell and go from A to B dont say anything and I Wayne Black Follow his Instruction as soon as I Wayne Black walked out of his Cell The Alabama Critical Response Team Ran up to me, and slam Black to the Follow

Floor hard on his back, and ▬ continue to assault Black, Bang Black head to the Floor Sprayed Black with Pepper Spray in Black Eyes and his assault continue when Black Punch Into his face physical punishment continue when officer pull my back legs all the way back to my lower back that cause pain all over my body, and I was taken to the Visitation Room and left there for over two hours. And when viewed under the law, the Alabama Critical Response Team should be held accountable for their action for use of excessive force.

Now I hope and pray that my objection be recommendated under the law of the State of Alabama.

Wayne Black 137192                                State of Alabama
~~~~~ Signature of Affiant                        County Escambia
       Wayne Black

Before me a Notary Public, in and for said County in said State personally appeared, Wayne Black whose name is signed to the forgoing complaint who being first duly sworn depose on oath and say: That the Information set forth in the foregoing Affidavit is true and Correct to the best of his knowledge and belife — Signature of Wayne Black. Sworn to and Subscribed before me on this 30 day of ~~February~~ January 2006

Notary Public _Clu Williams_
Escambia                County Alabama

My Commission Expire   7/17/08

I, Wayne Black 137192 do here by certify that I have served a copy of the foregoing upon Defendants Attorney Dept. ~~~~~~
Gary C. Sherrer esq Attorney At Law
335 West Main Street Dothan Alabama
36301