IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Wayne Black 137192 *
  Plaintiff *
V *
Lamar Glover, et, AL * Case No. 1:03-CV-734-M-EF
  Defendants * WO
 *
 *
 *

## Scheduling Order

Come Now Wayne Black 137192 with the identity of Person, who may be use at trial to present evidence, Under Rules 701, 702, 703 OR 705. Officer Bush, and Officer Boston was Present doing the Attack that Cause Wayne Black injure to his Right Eye, And Lower Back. Officer Britt written a Fabricated Citation to cover up for the state officer use of Excessive force. Sgt Kim Turner was Also Present doing the Attack of the use of Excessive force and Sgt Turner Also Signature Officer Britt Fabricated Citation. Officer Robert was Also Present at the time of this Attack. And Officer Cane Also Witness the Incident.

RECEIVED 2006 JUN -8 A 9:47 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

And At the Sametime, Sheriff Glover and Commande Bower Watch the State officer Attack and use excessive force. And I hope And Pray that ALL MY Witness of Accepted Under the Law, of the State of ALABAMA. Here of the Name's of Witness whom have Knowledge about the use of excessive force, and the fabricated Citation and medical treatment. I hope And, Pray that this Court will Subpoena, the Identity of All whom was Working on the of This Incident. that was Working At Houston County Jail at the time of use of excessive force. And Here of the Name of my Witness Officer Bush, officer Boston, Officer Britt, officer Roberts Sgt Kim Turner, officer Cane These of the Identity of Person who may be use At trial to Present evidence.

Wayne Black 137/92         State of Alabama County
Signature of Affiant         Escambia
Before me a Notary Public in and for say county
inside state personally appeared. Wayne Black
whose name is signed to the forgoing complaint
who being first duly sworn deposes on oate and
say. That the Information set for In the foregoing
affidavit is true and correct to the best of his
knowledge belife. Signature of Wayne Black
Sworn to and subscribed before me on this
__3__ day of __June__ 2006

Notary Public __Gene Witham__
Escambia County Alabama

My Commission __7/17/08__

I Wayne Black 137192 do hereby
certify that I have served a copy
of the foregoing upon the
Defendants Attorney Gary C.
Sherrer, esq Attorney At Law
335 West Main Street
Dothan Alabama 36301