IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WAYNE BLACK, #137192** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTON NO.: 1:03-CV-734-MEF |
| v. ) | |
| ) | |
| **LAMAR GLOVER, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## WITNESS LIST AND TRIAL DOCUMENT IDENTIFICATION LIST OF DEFENDANTS, FORMER COMMANDER WALTER BOWERS AND SHERIFF LAMAR GLOVER

### WITNESS LIST

COMES NOW, Defendants **former Commander Walter Bowers** and **Sheriff Lamar Glover**, in the above-styled cause, and pursuant to this Court's **UNIFORM SCHEDULING ORDER of February 15, 2006**, submit their list of potential witnesses for the trial of this cause as follows:

    1.    Sheriff Lamar Glover
            c/o Houston County Sheriff's Department
            901 East Main Street
            Dothan, Alabama 36301
            334-677-4888

2.     Former Commander Walter Bowers
c/o Houston County Sheriff's Department
901 East Main Street
Dothan, Alabama 36301
334-677-4888

3.     Former Corrections Officer Darien Bush
Current Address unknown, but will be provided when ascertained

4.     Lori Granberry
Registered Pharmacist
c/o Houston County Sheriff's Department
901 East Main Street
Dothan, Alabama 36301
334-677-4888

5.     Sgt. Turner
c/o Houston County Sheriff's Department
901 East Main Street
Dothan, Alabama 36302
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

6.     Dr. Sam Banner
c/o Houston County Sheriff's Department
901 East Main Street
Dothan, Alabama 36302
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

7.     Nurse Practitioner Darla Speigner
c/o Houston County Sheriff's Department
901 East Main Street
Dothan, Alabama 36301
334-677-4888

8.     Former Jail Nurse Hathaway
Current Address unknown, but will be provided when ascertained

9.     Former Corrections Officer Boston
Current Address unknown, but will be provided when ascertained

10.     Former Corrections Officer Roberson
Current Address unknown, but will be provided when ascertained

11. State of Alabama Department of Corrections Critical Response Team

12. Houston County Jail Critical Response Team

13. Any and all persons listed in Plaintiff's Witness list or Initial Disclosures.

## IDENTIFICATION OF DOCUMENTS EXPECTED TO BE USED AT TRIAL

COMES NOW, Defendants **former Commander Walter Bowers** and **Sheriff Lamar Glover**, in the above-styled cause, and pursuant to this Court's **UNIFORM SCHEDULING ORDER of February 15, 2006,** and identify the following documents for trial:

1. Plaintiff's Jail Inmate File which is a part of the day to day business records of the Houston County Jail.

2. Plaintiff's Jail Medical File as maintained by the Houston County Jail medical staff in the ordinary course of providing medical services to inmates.

3. All statements and documents filed by the plaintiff with the Court in this case or in the case styled Wayne Black v. Walter Bowers, Case No.: 1:03-CV-583 in the United States District Court for the Middle District of Alabama, Southern Division.

4. All trial exhibits and documentation produced to the plaintiff in the case styled Wayne Black v. Walter Bowers, Case No.: 1:03-CV-583 in the United States District Court for the Middle District of Alabama, Southern Division.

Respectfully submitted this the 30th day of August, 2006.

          Respectfully submitted,

          SHERRER, JONES & TERRY, P.C.

          \s\ Gary C. Sherrer
          GARY C. SHERRER
          Attorney for Sheriff Lamar Glover and Former Commander Walter Bowers
          335 West Main Street
          Dothan, Alabama 36301
          (334) 678-0100

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon

    WAYNE BLACK, AIS #137192
    C/O HOLMAN PRISON
    HOLMAN 3700
    ATMORE, AL 36503

by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 30th day of August, 2006.

          \s\ Gary C. Sherrer
          OF COUNSEL