# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING            AT MONTGOMERY, AL

DATE COMMENCED:        9/5/06                    AT:    3:40 p.m.
DATE COMPLETED:        9/5/06                    AT:    4:25 p.m.

WAYNE BLACK                          §
                                    §
vs.                                 §    CV. NO. 1:03CV734-MEF
                                    §
LAMAR GLOVER, ET AL.                §

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Wayne Black, Pro Se | | Gary C. Sherrer |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM  PROCEEDINGS:

( X )  **Pretrial Conference**

3:40 p.m. -    Court convenes.
              Court discusses claim that is remaining in case with parties.
              Plaintiff states the reasons for filing his complaint and the injuries that he
              sustained.
              Defense counsel discusses issues relating to the plaintiff's injuries.
              This will be the first case to be tried in the October 2, 2006 trial term in
              Dothan.
              The Court asks that defense counsel get with the plaintiff and help him
              with finding addresses for his witnesses for trial.  Also, parties are to get
              together and try to work out some stipulations.
              Defense counsel thinks that trial will last 1-2 days not including jury
              selection.
4:25 p.m. -    Court is in recess.