The United State District Court
The Middle District of Alabama
Southern Division

Wayne Black
PLAINTIFF

VS

Lamar Glover, et al

✻ Civil Action No
✻ Case 1o3CV-734 MEF-SRW
✻
✻
✻
✻
✻

FILED
SEP 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

Section 5, and 6. Provisions of Rule 26(A) 3 of the Federal Rules of Civil Procedure. Exchange the names, of all witness and document that a party expects to use at trial.

Come Now Plaintiff Wayne Black 137192 Prose in the above action, and submits his statement under Provisions of Rule 26(A)

Exhibit 1 Subpoena Witness, Officer Bush, Officer Boston, Officer Robert, Officer Britt, Officer SGT Turner, Nurse Halthway, Nurse Delores S, I don't know how to spell her last name, so I just use S. And head Banner, Commander Bower, Dr Lamar Glover These of the identity of person who may be use at trial to present evidence.

Exhibit 2 I will queston officer Bush and officer Boston, About the Present That the Both of Them witness when the State officer use excessive force, Exhibit 3 I Wayne Black will Also queston officer Robert, whom was Also Present At the time of the Incident, Exhibit 4 officer Britt and Sgt Turner Concerning issue About this Incident because of there Present. Exhibit 4 Nurse Halthway And Nurse Delores, S will be queston About the Incident because of there Present. Exhibit 5 Dr Banner will be queston About the Medical Record cause he was the Doctor And the one who check me out... Lamar Glover and Commander Bower will be queston About because of there Present.

I hope and Pray that this honorable Court will subpoena All witness In this Civil Action Under the Law of the State of Alabama.

WAYNE BLACK 137192     State OF ALABAMA County

Signature of Affiant     Montgomery

Before me A Notary Public in And For Say county Inside State Personally Appeared Wayne Black Whose Name is signed to the Forgoing complaint Who being First duly Sworm deposes on oate and Say. That the Information set for In the foregoing Affidavit is true And correct to the best of his knowledge belife. Signature of Wayne Black

Swom to And subscribed before me on this 5th day of September 2006

Notary Public _____

Montgomery County ALABAMA

My Commission _____

I Wayne Black 137192 do hereby Certify that I have served A copy of the foregoing upon the Defendants Attorney Gary C. Sherrer, esq Attorney At Law 335 West Main Street Dothan ALABAMA 36301