The United State District Court The Middle District of Alabama
Southern Division

Wayne Black  
Plaintiff  

VS  

Lamar Glover et, AL  

✳ Civil Action No  
✳  
✳ Case 103 CV-734 Mef-SRW  
✳  
✳  
✳  
✳  

RECEIVED 2006 SEP 19 A 9:46

Come Now, Plaintiff Wayne Black 137192 Rule 45 Subpoena Each Person to whom it is directed to Attend And give testimony to This Civil Action No: Case 103 CV-734 Mef-SRW. (1) Former Correction Officer Darien Bush Last Known Address is 2601 Rocky branch Road, Dothan Ala, 36301. (2) Former Correction Officer Anthony Boston. Last Known Address is 903 Woodlawn Drive, Dothan Ala, 36301. (3) Former Jail Nurse Vallie Hathaway, Last Known Address is 1581 County Road 81, Abbeville, Alabama 36310. (4) Former Corrections Office Jacqueline Britt's Last Known Address is 119 South Foster, Apt. 213, Dothan, Ala, 36301.

5) Darla Speigner, (6) Officer Roy Caine, (7) Officer LaRoderick Roberts, (8) Dr ▓▓▓ Banner. These Name 5, 6, 7, 8, could be on call, 30 minutes before call if needed. A subpoena should issue to Darien Bush, Anthony Boston, Vallie Hathaway, and Jacqueline Britt's, because these people don't work at the Houston County Jail any more. And also SGT Turner on call.

Wayne Black 137192    State Alabama County Montgomery
Signature of Affiant

Before me a Notary Public in and for say County inside state personally appeared. Wayne Black whose name is signed to the forgoing complaint who being first duly sworn deposes on oath and say. That the information set for in the foregoing affidavit is true and correct to the best of his knowledge belife. Signature of Wayne Black sworn to and subscribed before me on this 12th day of September _____ 2006 Notary Public Penny A. Woods Montgomery County Alabama, My Commission May 28, 2007

I Wayne Black 137192 do here by certify that I have served a copy of the foregoing upon the Defendants Attorney Gary C. Sherrer, esq Attorney At Law 335 West Main Street Dothan Alabama 36301