IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WAYNE BLACK, #137192** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTON NO.: 1:03-CV-734-MEF |
| v. | ) |
| | ) |
| **LAMAR GLOVER, et. al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

It is hereby ORDERED that on or before **September 25, 2006**, the parties shall file following materials:

(1) Any requested voir dire questions[1];

(2) Fully briefed motions *in limine*;

(3) Proposed jury instructions, together with supporting citations of law; and

(4) A proposed verdict form.

DONE this the 19th day of September, 2006.

                                                       /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff and trial counsel for Defendants are **DIRECTED** to review the jury questionnaire used in this court and to avoid any duplication of matters addressed therein in their voir dire questions. The jury questionnaire is available on the court's website at http://www.almd.uscourts.gov/juryinfo.htm.