IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE BLACK, #137192, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:03cv734-MEF |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a telephone conference on September 22, 2006, at 9:00 a.m..

Officials at the Department of Corrections are DIRECTED to make the plaintiff available for the telephone conference call. The Clerk of the Court is DIRECTED to serve a copy of this order on the General Counsel for the Department of Corrections.

DONE, this 19th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE