MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE        AT MONTGOMERY, ALABAMA

DATE COMMENCED:   September 22, 2006        9:06
DATE COMPLETED:   September 22, 2006        9:20

| | | |
|---|---|---|
| WAYNE BLACK | * | |
| vs | * | 1:03cr734-MEF |
| LAMAR GLOVER, COMMANDER BOWERS | * | |
| SGT. TURNER | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Wayne Black, pro se | * | Gary Clayborn Sherrer |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

TELEPHONE CONFERENCE

| | |
|---|---|
| 9:06 a.m. | Telephone conference begins.<br>Court's discussions with plaintiff regarding his request for witness subpoenas. |
| 9:07 a.m. | Court goes through each named witness with plaintiff as to why he wants these witnesses subpoenaed and Court's discussions with Mr. Sherrer as to which witnesses will require a subpoena.<br>Mr. Sherrer's discussions with plaintiff regarding plaintiff letting Mr. Sherrer know what order plaintiff will call his witnesses so Mr. Sherrer can have them available.<br>Continued discussions regarding witnesses to be subpoenaed. |
| 9:20 a.m. | Court recessed |