IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WAYNE BLACK, #137192,** | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTON NO.: 1:03-CV-734-MEF |
| v. | ) |
| **LAMAR GLOVER, et al.,** | ) |
| Defendants. | ) |

## SPECIAL REPORT FOLLOWING TELEPHONE CONFERENCE WITH JUDGE SUSAN RUSS WALKER OF SEPTEMBER 22, 2006

Come now Defendants, **SHERIFF LAMAR GLOVER and former Commander WALTER L. BOWERS**, with regard to the undersigned's telephone conference with Judge Susan Russ Walker of September 22, 2006 and reports to this Honorable Court as follows:

1. The correct address for Dr. Sam Banner for service of subpoena purposes is as follows:

> Dr. Sam R. Banner
> Nathanael Medical Center
> 1435 West Main Street
> Dothan, Alabama 36301

Respectfully submitted,

\s\ Gary C. Sherrer
GARY C. SHERRER, ATTORNEY FOR
THE ABOVE-REFERENCED DEFENDANTS
Alabama Attorney Code No. SHE-016

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 WEST MAIN STREET
DOTHAN, ALABAMA 36301
(334) 678-0100

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon

Wayne Black, AIS #137192
c/o Kilby Correctional Facility
Post Office Box 150
Mt. Meigs, Alabama 36057

by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 22nd day of September, 2006.

\s\ Gary C. Sherrer
OF COUNSEL