MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE     AT MONTGOMERY, ALABAMA

DATE COMMENCED:   September 22, 2006        10:45
DATE COMPLETED:   September 22, 2006        11:00

| WAYNE BLACK | * | |
| vs | * | 1:03cr734-MEF |
| LAMAR GLOVER, COMMANDER BOWERS | * | |
| SGT. TURNER | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Wayne Black, pro se | * | Gary Clayborn Sherrer |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:
TELEPHONE CONFERENCE

10:45 a.m.   Telephone conference begins.
Court informs plaintiff that each subpoena issued should include witness fee of $40.00 per day and mileage of 44 ½ cents per mile each way and that if money not included with subpoenas witnesses are not required to attend and subpoena does not have to be obeyed.
Court's discussions with plaintiff as to how many miles away each witness is from the courthouse and an estimate as to how much mileage would be for each witness.
Court discussions with plaintiff that money has to be supplied before subpoenas can be issued.
Court states that subpoenas could be held until Tuesday if plaintiff wants to send in money or Court can direct that subpoenas be issued now without fees.
Plaintiff states he wants subpoenas issued now.
Plaintiff states he will not be able to get any money for fees and mileage.
Plaintiff states again that he wants subpoenas sent out now.
Court's discussions with plaintiff regarding need for fees.
Court's further statements to plaintiff regarding money for subpoenas.
Plaintiff again states he wants Court to go ahead and send out subpoenas now without fees attached.

11:00 a.m.   Court recessed.