MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE    AT MONTGOMERY, ALABAMA

DATE COMMENCED:    September 27, 2006    11:30 a.m.
DATE COMPLETED:    September 27, 2006    11:35 a.m.

| | | |
|---|---|---|
| WAYNE BLACK | * | |
| vs | * | 1:03cv734-MEF |
| LAMAR GLOVER, COMMANDER BOWERS | * | |
| SGT. TURNER | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Wayne Black, pro se | * <br> * Gary Clayborn Sherrer <br> * <br> * | |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:
TELEPHONE CONFERENCE

11:30 a.m.   Telephone conference begins.
Court's statements to plaintiff that U. S. Marshal has attempted to serve all of his subpoenas for witnesses, but there are two witnesses in Dothan that could not be found. Court's discussions with plaintiff regarding plaintiff making any other effort to get addresses for this witnesses.
Plaintiff states there is nothing he can do to get any further addresses.
Court's verification with plaintiff that he is ready to go to trial and that he understands the situation with the witnesses he subpoenaed.
11:35 a.m.   Court recessed.