IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

WAYNE BLOCK 137192 )
Full name and prison number )
of plaintiff(s) )
 )                          RECEIVED
v. )
 )                          2006 SEP 27 P 4:43
LAMAR GLOVER, ET AL )
 )                          CIVIL ACTION NO. 1:03-CV-734-MEF
 )                          (To be supplied by Clerk of
 )                          U.S. District Court)
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number <u>Civil Action, No.1: 03-CV-734 MEF</u>

4. Name of judge to whom case was assigned <u>Fuller</u>

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it (still pending?)) <u>Still Pending</u>

6. Approximate date of filing lawsuit <u>7-1-03</u>

7. Approximate date of disposition <u>7-1-03</u>

II. PLACE OF PRESENT CONFINEMENT <u>Kilby CF P.O. Box 150</u>

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED <u>Houston County Jail</u>

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS

1. <u>Sheriff Lamar Glover    Houston County Jail</u>
2. <u>P.O. Box 6406</u>
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>7-1-03</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: <u>8th Amendment, Use of Force, State Officer Assaulted Wayne Black For No Reason.</u>

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I Wayne Black was Assaulted by State Correction Officer while house IN Housten County Jail State Correction officer slam W. Black To the Floor, and slam Black Face to the Floor, and Continue to hit Black IN his Right Eye with his fist State officer jump IN Black Back with there knees Then sprayed Mace Into his eyes

GROUND TWO: Sheriff Lamar Glover watched the INcident While I was Assaulted by State officer

SUPPORTING FACTS: I Wayne Black, File A 1983 Civil Action, and start trial IN Less than 8 day from Now, and I would Like for my witness to be subpoena, Espeally Darien Bush, Anthony Boston, and Vallie Hathaway

GROUND THREE: Jury Selection Start 10-2-06 Only 7 days away

SUPPORTING FACTS: I Wayne Black, was Assaulted by State Correction officer, and Wayne Black file a 1983 Civil Action under my 8th Amendment and I will start trial IN the Next 7 days of 10-2-06 and I Need my Witness, Darien Bush, Anthony Biston Vallie Hathaway

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I need the Court to Subpoena, Darien Bush Anthony Boston and Vallie Hathaway

Wayne Block 137192
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 6-25-06
(Date)

The Clerk is Requested

Wayne Block 137192
Signature of plaintiff(s)

4

Wayne Black 137192 State of Alabama County
Signature of Affiant    Montgomery
Before me a Notary Public in and for say county
Inside state personally appeared. Wayne Black
Whose name is signed to the forgoing complaint
Who being first duly sworn deposes on oath and
Say that the information set for in the foregoing
Affidavits true and correct to the best of his
Knowledge belife. Signature of Wayne Black
Sworn to and subscribed before me on this
20 day of September 06
2006
Notary Public Cynthia M Butler

Montgomery County Alabama

My Commission 12-15-2000

I Wayne Black 137192 do
hereby Certify that I Wayne
Black have served a copy
of the foregoing upon the
Defendants Attorney Gary C.
Sherrer Esq, Attorney at Law
West Main Street Dothan Ala 36301