AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Middle    DISTRICT OF    Alabama

Wayne Black

V.

Lamar Glover et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    1:03cv734-MEF

TO: Anthony Boston
903 Woodlawn Drive
Dothan, AL 36301

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States Courthouse
100 W. Troy Street
Dothan, AL |  |
|  | DATE AND TIME
10/2/06    10:00 |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**THIS SUBPOENA IS BEING ISSUED AT THE REQUEST OF PLAINTIFF**

THE PARTY WHO REQUESTED YOU TO SERVE AS A WITNESS IS RESPONSIBLE FOR PAYING THE WITNESS FEE, MILEAGE AND CERTAIN EXPENSES. THERE IS NO PROVISION FOR THE UNITED STATES TO PAY YOU IF THE WITNESS FEE AND MILEAGE ARE NOT TENDERED WHEN THE SUBPOENA IS SERVED. THE WITNESS MAY NOT BE COMPELLED TO RESPOND TO THE SUBPOENA.

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ K. Lent, Deputy Clerk | 9/22/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
U. S. District Court
P.O. Box 711
Montgomery, AL 36101

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

Returned Unexecuted. Anthony Boston has moved w/in the last 3 years. No forwarding Address is available.

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

Chris Wright - Deputy US Marshal 3984

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER  3984

ONE CHURCH ST Suite A-100
ADDRESS OF SERVER

MONTGOMERY AL 36104

RETURNED AND FILED

SEP 28 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.