IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WAYNE BLACK, #137192,                    )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )    CIVIL ACTION NO. 1:03-CV-734-MEF
                                         )
LAMAR GLOVER, et al.,                    )
                                         )
            Defendants                   )

**ORDER ON MOTION**

Upon consideration of the application for leave to proceed *in forma pauperis* filed

by the plaintiff on September 27, 2006 (Court Doc. No. 40), and as this court previously

granted the plaintiff such status on July 22, 2003 (Court Doc. No. 3), it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 29th day of September, 2006.


                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE