IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE BLACK, #137192, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:03-CV-734-MEF |
| | ) |
| LAMAR GLOVER, et. al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

This action came to jury trial before this Court. The issues have been tried or heard and a decision has been rendered on a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) filed by the Defendants at the close of the Plaintiff's case. Consistent with this Court's oral order granting this motion, it is hereby ORDERED and ADJUDGED as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendants Lamar Glover and Walter Bowers and against Wayne Black, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED in favor of Defendants Lamar Glover and Walter Bowers and against Plaintiff Wayne Black for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 3rd day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE