# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING        AT DOTHAN, AL

DATE COMMENCED:  10/2/06         AT:   9:55 a.m.
DATE COMPLETED:  10/3/06         AT:   11:40 p.m.

Wayne Black                              §
                                         §
vs.                                      §   CV. NO. 1:03CV734-MEF
                                         §
Lamar Glover, et al.                     §

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Wayne Black, Pro Se | | Gary C. Sherrer |

COURT OFFICIALS PRESENT:

Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

### JURORS

| | |
|---|---|
| Janet Evelyn Sullivan | Amy T. Walker |
| Terri J. Dykes | Janice Elaine Ethridge |
| Stephanie Renee Adams | Charlotte Dale Wright |
| Terry Warren Weeks | Randall Malcome Meeks |

COURTROOM PROCEEDINGS:

( X) **Jury Selection and Trial**

10:35 a.m. -   Court convenes.
Opening remarks by Court.
Court gives oath and swears entire jury panel in.
Voir dire begins.
Plaintiff Challenges for Cause jurors #55, 61 and 75 which the Court GRANTS.
Defense counsel Challenges for Cause juror #10 which the Court DENIES and juror #39 which the Court GRANTS.
Jury selection held.
Jury panel is given the oath and sworn in with the Court and seated in jury

|  |  |
|---|---|
|  | box. |
|  | Court gives instructions to the jury. |
|  | Opening statements begin.  Plaintiff takes 4 minutes and Defendant takes 7 minutes. |
| 5:00 p.m. - | Court is in recess. |

DAY TWO
10/3/06

|  |  |
|---|---|
| 9:05 a.m. - | Court convenes. |
|  | Plaintiff calls his first witness Lamar Glover to testify. |
|  | Defendant begins cross-examination of witness Glover. |
|  | Plaintiff calls his next witness Commander Bowers to testify. |
|  | Defense counsel begins cross-examination of witness Bowers. |
|  | Plaintiff begins re-direct examination of witness Bowers. |
|  | Defense counsel begins re-cross examination of witness Bowers. |
|  | Plaintiff calls his next witness Officer Roberts to testify. |
|  | Defense counsel begins cross-examination of witness Roberts. |
|  | Plaintiff begins re-direct examination of witness Roberts. |
|  | Plaintiff calls his next witness Officer Turner to testify. |
|  | Defense counsel begins cross-examination of witness Turner. |
|  | Plaintiff begins re-direct examination of witness Turner. |
| 10:40 a.m. - | Court is in recess. |
| 11:15 a.m. - | Court reconvenes. |
|  | Plaintiff calls his next witness Dr. Banner to testify. |
|  | Defense counsel begins cross-examination of Dr. Banner. |
|  | Plaintiff begins re-direct examination of witness Banner. |
|  | Plaintiff rests at this time. |
|  | Defense counsel files a Motion for Directed Verdict on Behalf of Defendants at the Close of Plaintiff's case. |
|  | Oral argument is heard on motion. |
|  | Court GRANTS defendants Motion for Directed Verdict. |
|  | Court brings jury back in and excuses them from this trial. |
|  | Court will enter a written order in this case. |
| 11:40 a.m. - | Court is in recess. |