IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE BLACK, #137192, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTON NO.: 1:03-CV-734-MEF |
| v. | ) |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants. | ) |

## EXHIBIT LIST OF DEFENDANTS, SHERIFF LAMAR GLOVER AND FORMER COMMANDER WALTER BOWERS FOR TRIAL

Said Defendants, disclose the following exhibits and tangible evidence that are expected to be used by said Defendants as evidence at the trial of this case:

1. Defendant's Exhibit 1 -- Plaintiff's Inmate file as maintained by the Houston County Jail.   *10/3/06 obj. not admitted*

2. Defendant's Exhibit 2 -- Plaintiff's Inmate Medical File as maintained by the Houston County Jail   *10/3/06 obj. not admitted*

Respectfully submitted this the 2nd day of October, 2006.

\s\ Gary C. Sherrer
GARY C. SHERRER, ATTORNEY FOR
THE ABOVE-REFERENCED DEFENDANTS
Alabama Attorney Code No. SHE-016

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 WEST MAIN STREET
DOTHAN, ALABAMA 36301
(334) 678-0100

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that on October 2nd, 2006, I by hand delivery filed the foregoing with the Clerk and I herby certify that I have hand delivered same to the plaintiff:

Inmate Wayne Black, AIS #137192
c/o Kilby Correctional Facility
Post Office Box 150
Mt. Meigs, Alabama 36057


\s\ Gary C. Sherrer
OF COUNSEL

G:\GCS\TRIAL\BLACK 734.WPD\Exhibit List.wpd