IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Wayne Black | ) | |
| | ) | |
| | ) | |
| vs. | ) | CV NO. 1:03CV734-MEF |
| | ) | |
| | ) | Jury Trial: 10/2/06 - 10/3/06 |
| Lamar Glover, et al. | | Before: Hon. Mark E. Fuller |

**WITNESS LIST**

PLAINTIFF                                                    DEFENDANT

Lamar Glover
Commander Bowers
Officer Roberts
Officer Turner
Dr. Banner