**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 28, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:**   Black v. Glover, et al

**Case Number:**    1:03cv00734-MEF

**Referenced Pleading:**    Partial Filing Fee Receipt

**Docket Entry Number:**    49

The referenced receipt was filed on ***December 28, 2007*** in this case and is hereby STRICKEN as an erroneous docket entry.  This should have been applied to civil action 1:03cv583-MEF.

Parties are instructed to disregard #49 docketing entry, which has been stricken from the record as a clerical error.